UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Katelynn Blake

                Plaintiff,

v.                                        Case No.: 1:17−cv−09145

                                                          Honorable John Robert Blakey

The Olympic Flame Inc., doing business as Anastasia's, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 26, 2018:

        MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 6/26/18. The parties' joint motion to approve settlement [41] is granted. The Court has reviewed the settlement agreement between Plaintiff Katelyn Blake and Defendants Olympic Flame Restaurant, Inc. d/b/a Anastasia's, Manny Gianakakis, Pete Gianakakis, and Nick Gianakakis and finds that it is fair and reasonable compromise of Plaintiff's claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law. Plaintiff Blake's claims are hereby dismissed with prejudice. The case is dismissed without prejudice as to any other class members. All parties shall bear their own costs and fees, except as otherwise provided in the parties' settlement agreement. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.